UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GIZMO BEVERAGES, INC., a Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>DON L. PARK, an individual, DANIEL PARK, an individual, and RAMBLEWOOD HOLDINGS, LTD., a British Virgin Islands corporation,<br><br>Defendants/Counterclaimants. | Case No. 8:17-cv-01037-JDE<br><br>FINAL JUDGMENT |

On September 24, 2018, the above entitled action came on for a bench trial before the Honorable John D. Early, United States Magistrate Judge. Plaintiff/Counterdefendant Gizmo Beverages, Inc. ("Plaintiff") and Defendants/Counterclaimants Don L. Park, Daniel Park, and Ramblewood Holdings, Ltd. (collectively, "Defendants") appeared, represented by counsel.

The parties presented evidence in the form of sworn testimony from witnesses and exhibits on September 24, 2018 and September 25, 2018. See Dkt. 80, 81.

After the close of evidence, the parties delivered closing arguments on September 27, 2018. See Dkt. 84. Defendant submitted a post-trial brief on October 5, 2018. Dkt. 87.

On January 9, 2019, the Court issued Findings of Fact and Conclusions of Law Following Trial. Dkt. 89. On March 11, 2019, the Court issued an order awarding Defendants costs in the amount of $2,295.30. Dkt. 101.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Judgment is entered in favor of Defendants and against Plaintiff on all claims asserted against them in this action and Plaintiff shall take nothing by way of its Complaint (Dkt. 1);
2. Judgment is entered in favor of Plaintiff and against Defendants on all counterclaims asserted against Plaintiff and Defendants shall take nothing on their Counterclaims (Dkt. 12);
3. The previously entered preliminary injunction (Dkt. 36) is dissolved; and
4. Defendants is awarded costs in the amount of $2,295.30.

Dated: March 11, 2019

JOHN D. EARLY
United States Magistrate Judge